# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 29 2021

JEFFREY P. COLWELL
CLERK

Civil Action No. _____

(To be supplied by the court)

_Ubari J. Johnson_ , Plaintiff

v.   _Defrancesco_

_Clinical Coaches_ , _Duran_

_____,

_____,

_____ , Defendant(s).

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

## PRISONER COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

JUN 0 1 2020

Original form provided free of Charge by CO DOC Legal Services to
Offender _JOHNSON_       DOC# _177601_
Date _MAR 3 0 2020_

## A.   PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address.  Failure to keep a current address on file with the court may result in dismissal of your case.*

_Jabari J. Johnson #171101, P.O. Box 777_
(Name, prisoner identification number, and complete mailing address)

_Canon City, CO, 81215_
(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

\_\_\_\_   Pretrial detainee
\_\_\_\_   Civilly committed detainee
\_\_\_\_   Immigration detainee
✓   Convicted and sentenced state prisoner
\_\_\_\_   Convicted and sentenced federal prisoner
\_\_\_\_   Other: (*Please explain*) _____

## B.   DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint.  If more space is needed, use extra paper to provide the information requested.  The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1:   _Defrancesco_ _Corrections Officer C.O., P.O. Box 777_
(Name, job title, and complete mailing address)

_Canon City, CO, 81215_

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✓ Yes \_\_\_ No (*check one*).  Briefly explain:

_Defrancesco Corrections Officer, knowingly acted under the color of law_

Defendant 1 is being sued in his/her ✓ individual and/or ✓ official capacity.

JUN 0 1 2020

2

Defendant 2: _Duran     Co_
_~~Quinsted at~~ P.O. Box 777, Canon City,_
(Name, job title, and complete mailing address)
_CO, 81215_

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? __✓__ Yes ___ No (*check one*). Briefly explain:
_Duran_
_~~Quinsted~~ knowingly acted under the color of_
_law_

Defendant 2 is being sued in his/her __✓__ individual and/or ~~__✓__~~ official capacity.

Defendant 3: _~~Robert Stampton, S.D. 5 Evans Blvd Canon City, Co.~~_
(Name, job title, and complete mailing address)
_~~81215~~_

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? __✓__ Yes ___ No (*check one*). Briefly explain:
_Robert Stampton knowingly acted under the color of_
_law_

Defendant 3 is being sued in his/her __✓__ individual and/or ~~__✓__~~ official capacity.

## C.   JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

__✓__   42 U.S.C. § 1983 (state, county, and municipal defendants)

_____   *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal defendants)

_____   Other: (*please identify*) _____

JUN 0 1 2020

On 10/21/21 at approximately 10:45 a.m. Both Defrancesco and Duran were doing rounds when plaintiff stated everywhere I go you all follow. Duran said shut the fuck up youre a child molester, as Defrancesco said yeah youre in a soft Pod. Defrancesco stated and were going to spay you because you cant walk and were going to have you assualted by other inmates when we transport you to Mcc since you want to sue. Plaintiff told Bambridge of the incident Lt Duran and Mental Health Hutt that this life is in imminent danger due to Duran and Defrancesco's remarks while in the hole which is the intial reason why the plaintiff was placed in protective custody due to c.o's lying stating Jabari Johnson was a childmolester. Jabari Johnson provided his entire case file of charges to Lt Duran, Bambridge and Hutt who stated Jabari Johnson had no childmolester charges. Staff members further placed plaintiffs life in imminent danger of future risk of safety issue's due to previous risk of safety issues violating the 8th Amendment Cruel And Unusual Punishment And Deliberate Indifference.

claim 1: Cruel And Unusual Punishment
claim 2: Deleberate Inifference

## G.   REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do.  If additional space is needed to identify the relief you are requesting, use extra paper to request relief.  Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."*

Defendants          punitive damages          compensatory damages
Defrancesco      $1,500,000                          $1,500,000
Burton              $1,500,000                          $1,500,000

## H.   PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct.  *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

_____
(Date) 10/11/21

(Form Revised December 2017)

6

